# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: AARON WHITFIELD )   12 B 05671
)
)
Debtor(s) )   Judge Donald R. Cassling

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code filed by the Debtor on ____2/16/12____ as modified by amendments filed on _____ having been found by the court to comply with the provisions of 11 U.S.C. 1325, THE PLAN IS HEREBY CONFIRMED.

Entered: 20 APR 2012

_____
Bankruptcy Judge